IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 05- 40080 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 625 ILCS 5/6-303 (a) |
| RENIESHA D. PARKERSON ) | |
| Defendant. ) | |

**INFORMATION**

**FILED**
**JUL 1 2 2005**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I**

On or about July 1, 2005, in the Central District of Illinois, the defendant,

**RENIESHA D. PARKERSON**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while her driver's license was suspended, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 (a) in violation of Title 18, United States Code, Section 13.

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:   /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443

1